Christopher Lee JENKINS,
Plaintiff–Appellant,

v.

R.J. DONOVAN; et al., Defendants–
Appellees.

No. 10–56448.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Christopher Lee Jenkins, Chino, CA,
pro se.

Attorney General, Esquire, AGCA–Office of the California Attorney General,
San Diego, CA, for Defendants–Appellees.

Before: SCHROEDER, THOMAS, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Christopher
Lee Jenkins appeals pro se from the district court's judgment dismissing his 42
U.S.C. § 1983 action alleging civil rights
violations. We have jurisdiction under 28
U.S.C. § 1291. We review for an abuse of
discretion a dismissal for failure to comply
with court orders, *Ferdik v. Bonzelet,* 963
F.2d 1258, 1260 (9th Cir.1992), and we
affirm.

The district court did not abuse its discretion in dismissing the action without
prejudice because Jenkins failed to comply
with its order requiring him to file a second amended complaint, after the court
had already granted Jenkins three other
extensions and warned Jenkins that no
further extensions would be granted absent a showing of extraordinary circumstances. *Id.* at 1260–61 (listing factors to
consider).

Jenkins's request that this court provide
him with copies of "the blank informal
appellants opening brief" and "the actual
complaint on appeal" is denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

